**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRANDEEP SINGH SINGH,<br><br>                                    Petitioner,<br><br>     v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; U.S. IMMIGRATION CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; WARDEN OF IMPERIAL REGIONAL DETENTION FACILITY, in their official capacities<br><br>                                    Respondents. | Case No.:  26cv1976 DMS AHG<br><br>**ORDER GRANTING PETITION** |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus.  (Pet., ECF No. 1.)  Respondents filed a Return to the Petition.  (Return, ECF No. 4.)  Petitioner did not file a Traverse.  Having considered the parties' briefs, the relevant legal authority, and the record, the Court grants the Petition.

According to the Petition, Petitioner entered the country on August 27, 2023.  (Pet. ¶ 59.)  Petitioner was placed in removal proceedings, but was subsequently released from

detention.  (*Id.* ¶¶ 60, 62.)  On February 17, 2026, Petitioner was re-detained and placed at Imperial Regional Detention Facility.  (*Id.* ¶ 3.)

On March 29, 2026, Petitioner filed the present case alleging his continued detention without a bond hearing violates his due process rights.  Respondents contend Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but acknowledge this Court and others have rejected that argument.  (Return at 2.)  Accordingly, they "do not oppose the petition and defer[ ] to the Court on the appropriate relief." (*Id.* at 3.)

Given Respondents' position and the claims and facts set out in the Petition, the Court grants the Petition.  Respondents are directed to arrange an individualized bond hearing for Petitioner before the Immigration Court within **fourteen (14) days** of the entry of this Order unless Petitioner requests a continuance.  At that bond hearing, the Government shall have the burden of proving by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight if released on bond.  The parties shall file a Joint Status Report within **twenty-one (21) days** of this Order's entry, confirming Petitioner received a bond hearing and setting out the outcome of that hearing.

**IT IS SO ORDERED.**

Dated:  May 22, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv1976 DMS AHG